IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEX CRUZ, | ) | |
| | ) | |
| Plaintiff, | ) | DOCKET NUMBER 4:06CV3044 |
| | ) | |
| v. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court *sua sponte*. On April 25, 2006, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

Accordingly,

IT IS ORDERED, the parties shall report to the court in accordance with Fed. R. Civ. P. 26(f) on or before July 24, 2006, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

DATED July 10, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge